UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUDREE E.S., on behalf of TES,<br><br>                                      Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                                      Defendant. | Case No.: 23cv0630 W (DEB)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [DOC. 12] AND (2) DENYING MOTION FOR ATTORNEY'S FEES [DOC. 11] AS MOOT** |

      Pending before the Court is the parties' joint motion for the award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). According to the joint motion, it "supersedes Plaintiff's Motion for Attorney's Fees filed previously (*See* ECF 11)." (*Jt. Mot.* [Doc. 12] 2:4–5.) Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 12] and **AWARDS** Plaintiff $2,750.00 in EAJA attorney's fees and expenses. Plaintiff's previous Motion for Attorney's Fees [Doc. 11] is **DENIED** as **MOOT**.

      **IS SO ORDERED**.

Dated: July 7, 2023

                                                  Hon. Thomas J. Whelan<br>
                                                  United States District Judge